**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| PRO-V INTERNATIONAL, INC.,<br>        Plaintiff,<br><br>v.<br><br>STERLING WATER, INC.<br>        Defendant. | Case No.:<br><br>**MOTION TO APPEAR**<br>**PRO HAC VICE** |

Local counsel for Plaintiff PRO-V INTERNATIONAL, INC., Thomas C. Adam, Esquire, of Adam Law Group P.A., respectfully moves this Court for an Order permitting Natalie Sulimani, Esquire, to appear *pro hac vice* in this action as counsel for Plaintiff. In support of this Motion, local counsel and Ms. Sulimani state the following:

Ms. Sulimani is corporate, in-house counsel for the plaintiff and a member in good standing of the bars of the following jurisdictions:

1. **State Bar Admissions:**
   - State of New York, admitted November 20, 2002, Bar No. 4078366

2. **Federal Court Admissions:**
   - United States District Court for the Southern District of New York
   - United States District Court for the Eastern District of New York

A Certificate of Good Standing for Ms. Sulimani from the New York State Bar is attached hereto as Exhibit A.

1

Ms. Sulimani is not a resident of Florida and is not a member of the Florida Bar. Ms. Sulimani has not abused the privilege of special admission by maintaining a regular law practice in Florida.

Ms. Sulimani agrees to be governed by the Local Rules of this Court and the Federal Rules of Civil Procedure. She has paid or will timely pay the requisite fee for special admission. Upon admission, Ms. Sulimani will register for and utilize the Court's Case Management/Electronic Case Files (CM/ECF) system.

Ms. Sulimani affirms the following oath:

*I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.*

Ms. Sulimani is also familiar with and acknowledges her professional responsibilities and potential liability pursuant to 28 U.S.C. § 1927.

Local counsel for Plaintiff, Thomas Adam of Adam Law Group P.A a member in good standing of The Florida Bar and this Court's bar. Local counsel's contact information is:

**Thomas C. Adam, Esq.**
**Adam Law Group P.A.**
**2258 Riverside Ave.,**
**Jacksonville, FL 32204**
**(904) 329-7249**
**bk@adamlawgroup.com**

2

Dated: March 30, 2026

Respectfully submitted,

/s/ Thomas C. Adam
Thomas C. Adam, Esq.
Adam Law Group P.A 2258
Riverside Ave.,
Jacksonville, FL 32204
(904) 329-7249
bk@adamlawgroup.com
*Local Counsel for Plaintiff*

Natalie Sulimani
Natalie Sulimani, Esq.
Sulimani Law Firm P.A
150 Broadway, Suite 1703,
New York, NY 10038
(212) 863-9614
natalie@sulimanilawfirm.com
*In-House Counsel for Plaintiff*

3

# Exhibit A



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

—————

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Natalie Sulimani

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 20, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 9, 2026.

*Clerk of the Court*